UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHANNAH SPEED, Personal Representative of the Estate of Vinal L. Speed,<br><br>            Plaintiff<br><br>v.<br><br>GIDDINGS & LEWIS MACHINE TOOLS, LLC,<br><br>            Defendant<br><br>―――――――――――――――――――<br><br>GIDDINGS & LEWIS, LLC, G & L USA, LLC, GIDDINGS & LEWIS FOUNDATION, INC., GIDDINGS & LEWIS MACHINE TOOLS, LLC, and THYSSENKRUPP METAL CUTTING,<br><br>            Third-Party Plaintiffs<br><br>v.<br><br>CNC ENGINEERING, INC. and PHOENIX, INC.,<br><br>            Third-Party Defendants | Civil No. 05-149-P-C |

Gene Carter, Senior District Judge

**ORDER DENYING THIRD-PARTY DEFENDANT PHOENIX, INC.'S MOTION FOR SUMMARY JUDGMENT**

The Court now has before it Third-Party Defendant Phoenix, Inc.'s Motion for

Summary Judgment (Docket Item No. 84). After a thorough review of the factual record,

2

including affidavits, depositions and the argumentation of the parties, the Court concludes that there are material issues of fact including, *inter alia*, whether any conduct on the part of Phoenix, Inc. caused the Plaintiff's injuries. Accordingly, the Court **ORDERS** that Third-Party Defendant Phoenix Inc.'s Motion for Summary Judgment be, and it is hereby, **DENIED**.

    /s/ Gene Carter_
Gene Carter
Senior District Court Judge

Dated at Portland, Maine this 11th day of April, 2007.