UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHANNAH SPEED, Personal Representative of the Estate of Vinal L. Speed,<br><br>                Plaintiff<br><br>v.<br><br>GIDDINGS & LEWIS MACHINE TOOLS, LLC,<br><br>                Defendant<br><br>―――――――――――――――――――<br><br>GIDDINGS & LEWIS, LLC, G & L USA, LLC, GIDDINGS & LEWIS FOUNDATION, INC., GIDDINGS & LEWIS MACHINE TOOLS, LLC, and THYSSENKRUPP METAL CUTTING,<br><br>                Third-Party Plaintiffs<br><br>v.<br><br>CNC ENGINEERING, INC. and PHOENIX, INC.,<br><br>                Third-Party Defendants | Civil No. 05-149-P-C |

Gene Carter, Senior District Judge

**ORDER DENYING THIRD-PARTY DEFENDANT CNC ENGINEERING INC.'S MOTION FOR SUMMARY JUDGMENT**

      The Court now has before it Third-Party Defendant CNC Engineering, Inc.'s

Motion for Summary Judgment (Docket Item No. 87). After a thorough review of the

factual record, including affidavits, depositions and the argumentation of the parties, the Court concludes that there are material issues of fact including, *inter alia*, whether any conduct on the part of CNC Engineering, Inc. caused the Plaintiff's injuries. Accordingly, the Court **ORDERS** that Third-Party Defendant CNC Engineering Inc.'s Motion for Summary Judgment be, and it is hereby, **DENIED**.

        /s/ Gene Carter
        Gene Carter
        Senior District Court Judge

Dated at Portland, Maine this 11th day of April, 2007.